UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAXINE TEYMER,

    Plaintiff,

v.

WILLIAM BARR, UNITED STATES
ATTORNEY GENERAL, *et al.*,

    Defendants.

Case No. 20-cv-156-jdp

### [~~PROPOSED~~] ORDER

The parties have jointly moved the Court for an order remanding this action to the United States Citizenship and Immigration Services ("USCIS"), with instructions requiring USCIS to adjudicate and approve Plaintiff's pending Form N-400, Application for Naturalization, within fourteen days of the Court's remand order, and to schedule Plaintiff to attend the USCIS-Milwaukee Field Office's next scheduled naturalization ceremony. The Court finds that good cause exists for granting the requested relief.

ACCORDINGLY, it is hereby ORDERED that the parties' joint motion is granted and that this action is remanded to USCIS. It is further ORDERED that USCIS shall adjudicate and approve Plaintiff's application within fourteen days of this order and shall schedule Plaintiff to attend the USCIS-Milwaukee Field Office's next scheduled naturalization ceremony.

The case may be reinstated at any time within 90 days of this Order if USCIS does not adjudicate and approve Plaintiff's application within 14 days of this Order. Additionally, this case may be reinstated within 90 days of USCIS resuming scheduling naturalization ceremonies if Plaintiff is not scheduled for USCIS-Milwaukee Field Office's next scheduled naturalization ceremony.

Dated this 26TH day of MARCH, 2020.

JAMES D. PETERSON
Chief Judge, U.S. District Court